391 A.2d 701

Commonwealth v. Tanner, Appellant.

Argued March 22, 1978. Eugene Edw. J. Maier, for appellant; Flora L. Becker, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.